**FILED**
February 10, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: NM
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JESUS ZUNIGA-RODRIGUEZ,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **NO. SA-26-CV-120-OLG** |
| | § | |
| **SYLVESTER ORTEGA *et al.*,** | § | |
| **Respondents.** | § | |

**ORDER**

Pending before the Court is the status of these proceedings, which Petitioner Jesus Zuniga-Rodriguez initiated on January 12, 2026. The following day, the Court issued service of process and ordered that Respondents file a response to the petition "**within 5 days** after service." Dkt. No. 3 at 2. On January 16, 2026, service was affected. *See* Dkt. No. 6. Therefore, Respondents' response deadline was Wednesday, January 21, 2026. To date, they have not filed a response.

**IT IS THEREFORE ORDERED** that, **within 2 days** after service of this Order, Respondents shall respond to the Petition. In their response, Respondents shall explain why they failed to timely file a response.

**IT IS FURTHER ORDERED** that the Clerk shall send a copy of this Order by certified mail return receipt requested to the Office of the United States Attorney at the following address:

**Mary F. Kruger**
**United States Attorney's Office**
**Chief, Civil Division**
**601 NW Loop 410, Suite 600**
**San Antonio, TX 78216**

It is so **ORDERED**.

**SIGNED** on February 10, 2026.

ORLANDO L. GARCIA
United States District Judge