**FILED**
February 17, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **JESUS ZUNIGA-RODRIGUEZ,** | § |
| Petitioner, | § |
| v. | § NO. SA-26-CV-120-OLG |
| **SYLVESTER ORTEGA** *et al.*, | § |
| Respondents. | § |

## **O R D E R**

Before the Court in this habeas proceeding is Petitioner's Motion for Leave to File Petitioner's Second Amended Petition and Application for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Dkt. No. 11), filed February 13, 2026. The Motion (Dkt. No. 11) does not indicate whether Petitioner conferred with Respondents as required by the Local Rules. *See* W.D. Tex. Loc. R. CV-7(g) ("The court may refuse to hear or may deny a nondispositive motion unless the movant advises the court within the body of the motion that counsel for the parties have conferred in a good-faith attempt to resolve the matter by agreement and certifies the specific reason that no agreement could be made.").

**IT IS THEREFORE ORDERED** that the Motion (Dkt. No. 11) is **STRICKEN**. Petitioner is free to confer with Respondents and renew his request.

It is so **ORDERED**.

**SIGNED** on February 17, 2026.

_____
ORLANDO L. GARCIA
United States District Judge